No. 6776. ESCALANTE v. ZIRPOLI, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied.

No. 6780. BECKER v. NEBRASKA. C. A. 8th Cir. Certiorari denied.

No. 6788. REYNOLDS v. FOLLETTE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 6791. EDGERTON v. BATTEN. C. A. 4th Cir. Certiorari denied.

No. 86. TERAN ET AL. v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 110. PORTER v. ASHMORE ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 130. WENZEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 132. MILLANG v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 141. BROSSARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 142. HARRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.